ARMSTRONG WORLDWIDE INDUSTRIES and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

Appellants,

v.

NAOMI FINLEY,

Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4873

Opinion filed May 11, 2017.

An appeal from an order of Judge of Compensation Claims.
Nolan S. Winn, Judge.

Date of Accident: July 12, 1988.

Clinton C. Lyons of Moran Kidd Lyons Johnson, P.A., Orlando, for Appellants.

John W. Merting of Law Offices of John W. Merting, P.A., Gulf Breeze; Theodore J. Troxel and John B. Carr of Walborsky & Bradley, PLLC, Pensacola; Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola, for Appellee.

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS and M.K. THOMAS, JJ., CONCUR.

1